PROB 12C
(6/16)

Report Date: March 5, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 05, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Benjamin Machado Gomez        Case Number: 4:25CR06009-MKD-1

Address of Offender:                  Kennewick, Washington 99338

Name of Sentencing Judicial Officer:  The Honorable David Nuffer, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: December 15, 2021

| | | |
|---|---|---|
| Original Offense: | Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Brandon Pang | Date Supervision Commenced: July 2, 2024 |
| Defense Attorney: | Richard R. Barker | Date Supervision Expires: July 1, 2027 |

## PETITIONING THE COURT

To issue a **warrant**.

On July 2, 2024, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Machado Gomez as outlined in the judgement and sentence. Mr. Machado Gomez signed a copy of his conditions.

On March, 4, 2025, a transfer of jurisdiction from the District of Utah to the Eastern District of Washington was completed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Benjamin Machado Gomez allegedly violated the above-stated condition by being charged on February 18, 2025, for a new crime of conspiracy to distribute 400 grams or more of fentanyl.

On February 18, 2025, Mr. Machado Gomez was indicted in the Eastern District of Washington, under case number 4:25CR6005-MKD-2. According to the indictment information for count 1, between November 1, 2024 through February 1, 2025, Mr. Machado Gomez and others were involved in the Conspiracy to Distribute 400 Grams or More of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and 846.

Prob12C
**Re: Machado-Gomez, Benjamin**
**March 5, 2025**
**Page 2**

2    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Benjamin Machado Gomez allegedly violated the above-stated condition by being charged on February 18, 2025, for a new crime of conspiracy to distribute 50 grams or more of pure methamphetamine.

    On February 18, 2025, Mr. Machado Gomez was indicted in the Eastern District of Washington, under case number 4:25CR6005-MKD-2. According to the indictment information for count 2, between November 1, 2024 through February 1, 2025, Mr. Machado Gomez and others were involved in the Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846.

3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Benjamin Machado Gomez allegedly violated the above-stated condition by being charged on February 18, 2025, for new crimes of distribution of 40 grams or more of fentanyl.

    On February 18, 2025, Mr. Machado Gomez was indicted in the Eastern District of Washington, under case number 4:25CR6005-MKD-2. According to the indictment information for counts 3, 4, and 5, on or about November 20, 2024; December 5, 2024; and January 17, 2025, Mr. Machado Gomez and others were involved in the Distribution of 40 Grams or More of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

4    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Benjamin Machado Gomez allegedly violated the above-stated condition by being charged on February 18, 2025, for a new crime of distribute 50 grams or more of pure methamphetamine.

    On February 18, 2025, Mr. Machado Gomez was indicted in the Eastern District of Washington, under case number 4:25CR6005-MKD-2. According to the indictment information for count 6, on or about January 17, 2025, Mr. Machado Gomez and others were involved in the Distribution of 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/05/2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

Prob12C
Re: Machado-Gomez, Benjamin
March 5, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case on March 6, 2025 at 3:00 p.m. in Richland.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

*M. K. Dimke*

Signature of Judicial Officer

March 5, 2025

Date